(C.D. 3810)

SEABOARD EQUIPMENT CO., INC. *v.* UNITED STATES

United States Customs Court, Third Division

(Decided April 29, 1969)

*Siegel, Mandell & Davidson* for the plaintiff.

*William D. Ruckelshaus*, Assistant Attorney General, for the defendant.

Before RICHARDSON, LANDIS, and ROSENSTEIN, Judges

RICHARDSON, J. This protest, after having appeared on the calendar of the Third Division of this Court nine times, was submitted to the Court for decision upon the call of the calendar at New York on January 20, 1969, upon the record consisting of the official papers and without any evidence having been offered in support of the allegations in the protest; therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the protest herein be, and the same hereby is, dismissed.